ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900

Attorneys for Executive Office
for Immigration Review

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ASSEMBLYWOMAN MAGGY KRELL,

Plaintiff,

v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Defendant.

CASE NO.  2:26-cv-00395-DJC-JDP

**ANSWER TO COMPLAINT**

Defendant the Executive Office for Immigration Review hereby answers Plaintiff Maggy Krell's Complaint alleging violations of the Freedom of Information Act ("FOIA").

I.      **SUMMARY OF THE CASE**

1.      This paragraph contains characterizations of the Complaint to which no response is required.  To the extent a response is required, Defendant admits that Plaintiff purports to assert a cause of action under FOIA, 5 U.S.C. § 552 *et seq.*  Defendant otherwise lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

2.      Defendant denies that it violated FOIA or any other law or regulation.  Defendant otherwise lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

ANSWER TO COMPLAINT                                     1

3.      Defendant denies that it violated FOIA.  Defendant otherwise lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

4.      This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

5.      This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

6.      This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

7.      This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

8.      This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

9.      This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

10.      This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

11.      This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

12.      This paragraph contains unnecessary background information for the determination of

this matter. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

13.    This paragraph contains unnecessary background information for the determination of this matter. Defendant admits that Plaintiff submitted a FOIA request on June 14, 2025. Defendant admits that Plaintiff sought records related to directives, memorandums or correspondence. Defendant admits that Defendant responded with some documents redacted appropriately. Defendant otherwise denies the allegations contained within this paragraph.

14.    Defendant admits that Plaintiff submitted a FOIA request on August 11, 2025. Defendant otherwise denies the allegations contained within this paragraph.

15.    Defendant admits that Plaintiff sought expedited processing. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

16.    Defendant admits that Plaintiff did not receive expedited processing. Defendant denies that Plaintiff has not received any records. The remainder of this paragraph contains characterizations of the Complaint to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within the remainder of this paragraph, and on that basis denies them.

17.    Defendant admits that Plaintiff submitted a FOIA request on August 11, 2025. Defendant otherwise denies the allegations contained within this paragraph.

18.    Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

19.    Denied.

20.    Denied

21.    Denied.

22.    Denied.

23.    Denied.

24.    Denied.

25.    Denied.

ANSWER TO COMPLAINT                                    3

26.     Denied.

## II.     PARTIES

27.     Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

28.     Defendant admits that EOIR is a component of the DOJ.  Defendant admits the remainder of this paragraph except that it has possession, custody, or control of records responsive to Plaintiff's FOIA requests.

## III.    JURISDICTION AND VENUE

29.     Admitted.

30.     Denied.

31.     Defendant admits that venue is proper.  Defendant otherwise lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within the remainder of this paragraph, and on that basis denies them.

32.     Admitted.

33.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

## IV.    FACTUAL BACKGROUND

34.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

35.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

36.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

37.     This paragraph contains unnecessary background information for the determination of

ANSWER TO COMPLAINT                                4

this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

38.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

39.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

40.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

41.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

42.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

43.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

44.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

45.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

46.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the

allegations contained within this paragraph, and on that basis denies them.

47.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

48.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

49.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

50.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

51.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

52.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

53.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

54.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

55.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

ANSWER TO COMPLAINT

6

56.     This paragraph contains unnecessary background information for the determination of this matter. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

57.     This paragraph contains unnecessary background information for the determination of this matter. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

58.     This paragraph contains unnecessary background information for the determination of this matter. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

59.     This paragraph contains unnecessary background information for the determination of this matter. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

60.     This paragraph contains unnecessary background information for the determination of this matter. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

61.     This paragraph contains unnecessary background information for the determination of this matter. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

62.     This paragraph contains unnecessary background information for the determination of this matter. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

63.     This paragraph contains unnecessary background information for the determination of this matter. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

64.     This paragraph contains unnecessary background information for the determination of this matter. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

65.     This paragraph contains unnecessary background information for the determination of

this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

66.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

67.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

68.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

69.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

70.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

71.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

72.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

73.     This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

74.     Defendant admits that Plaintiff submitted a FOIA request on August 11, 2025. Defendant otherwise denies the allegations contained within this paragraph.

ANSWER TO COMPLAINT                                                    8

75. Defendant admits that Plaintiff did not receive expedited processing. Defendant otherwise denies the allegations contained within this paragraph.

76. This paragraph contains unnecessary background information for the determination of this matter. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

77. This paragraph contains unnecessary background information for the determination of this matter. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

78. This paragraph contains unnecessary background information for the determination of this matter. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

79. Defendant admits that Plaintiff submitted a FOIA request on August 11, 2025. Defendant otherwise denies the allegations contained within this paragraph.

80. Denied.

81. Admitted.

82. Admitted.

83. Defendant admits that Matthew Broussard responded to Plaintiff regarding the request. Defendant otherwise denies the allegations contained within this paragraph.

84. Admitted.

85. Admitted.

86. Admitted.

87. Admitted.

88. Admitted.

89. Admitted.

90. Defendant admits that the parties continued to meet and confer regarding the scope of the request. Defendant otherwise denies the allegations contained within this paragraph.

91. Defendant admits that the parties continued to meet and confer regarding the scope of the request. Defendant otherwise denies the allegations contained within this paragraph.

ANSWER TO COMPLAINT

9

92.   Denied.

## V.   CLAIMS FOR RELIEF

93.   Defendant incorporates by reference herein all responses in the above paragraphs as if fully set forth herein.

94.   Denied.

95.   Defendant defers to the statute.

96.   Denied.

97.   Denied.

98.   Denied.

99.   Denied.

100.   Denied.

101.   Defendant defers to the statute.

102.   Denied.

103.   Denied.

104.   This paragraph contains unnecessary background information for the determination of this matter.  Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations contained within this paragraph, and on that basis denies them.

105.   Denied.

## VI.   PRAYER FOR RELIEF

These paragraphs consist of a prayer for relief, to which no response is required.  Insofar as a response is required, Defendant denies that Plaintiff is entitled to any relief whatsoever and denies the allegations in these paragraphs.

## VII.   JURY DEMAND

Denied.

## GENERAL DENIAL

Defendant denies any allegations not specifically admitted or denied.

//

//

ANSWER TO COMPLAINT                    10

**<u>AFFIRMATIVE DEFENSES</u>**

Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to it through the course of the litigation.

**FIRST DEFENSE**

Defendant has not improperly withheld records requested by Plaintiff under FOIA.

**SECOND DEFENSE**

Plaintiff is not entitled to production of non-exempt portions of records that are not reasonably segregable from exempt portions of records.

**THIRD DEFENSE**

Defendant's actions or inactions did not violate FOIA or any other statutory or regulatory provision.

**FOURTH DEFENSE**

FOIA does not provide for declaratory relief against a federal agency.

**FIFTH DEFENSE**

This Court lacks subject-matter jurisdiction to the extent Plaintiff's request for relief exceeds that authorized by FOIA. 5 U.S.C. § 552.

**SIXTH DEFENSE**

Plaintiff is neither eligible for nor entitled to attorneys' fees and costs.

**SEVENTH DEFENSE**

At all times, Defendant acted in accordance with the law.

**EIGHTH DEFENSE**

Plaintiff is not entitled to compel production of records exempt from disclosure by one or more exemptions enumerated in the FOIA. 5 U.S.C. § 552(b).

**NINTH DEFENSE**

Plaintiff is not entitled to compel production of records that is unduly burdensome.

**TENTH DEFENSE**

To the extent the Complaint alleges background facts unnecessary to the consideration of

ANSWER TO COMPLAINT

11

Defendant's response to the FOIA requests at issue, the Complaint violates Rule 8(a)(2) by alleging information that is unnecessary to a "short and plain" statement of the claim. The Court should strike all such immaterial and impertinent matters pursuant to Rule 12(f). *See Mich. Immigr. Rts. Ctr. v. Dep't of Homeland Sec.*, Civ. A. No. 16-14192, 2017 WL 2471277, at *3 (E.D. Mich. June 8, 2017) (deeming stricken under Rule 12(f) background facts alleged in a FOIA complaint: "In this unique context, requiring Defendants to answer allegations in Plaintiffs' complaint that they would not otherwise be required to answer, and that are not material to Plaintiffs' FOIA claim, would prejudice Defendants."); *Robert v. Dep't of Just.*, Civ. A. No. 05-2543, 2005 WL 3371480, at *11 (E.D.N.Y. Dec. 12, 2005) (striking allegations of background facts; concluding that plaintiff's "allegations are irrelevant to the validity of [his] FOIA claims").

Dated:  April 29, 2026                                      ERIC GRANT
                                                                        United States Attorney


                                                            By:  /s/ Brendon L.S. Hansen
                                                                        BRENDON L.S. HANSEN
                                                                        Assistant United States Attorney

ANSWER TO COMPLAINT                                     12