ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2780
Facsimile:  (916) 554-2900

Attorneys for Executive Office
for Immigration Review

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSEMBLYWOMAN MAGGY KRELL,<br><br>                              Plaintiff,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>                              Defendant. | CASE NO.  2:26-cv-00395-DJC-JDP<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT; ORDER** |

This matter arises under the Freedom of Information Act.  The Court has ordered the parties to file a Joint Status Report by May 13, 2026.  ECF No. 8.  The parties are in active negotiations to resolve this matter, and jointly request that the deadline to file a Joint Status Report is extended by about sixty (60) days.  Accordingly,

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the deadline to file a Joint Status Report be extended until July 17, 2026.

//

//

//

//

Dated:  May 7, 2026                                SINGLETON SCHREIBER, LLP


By:  *Andrew D. Bluth (auth. 5/7/26)*
ANDREW D. BLUTH

Attorneys for Plaintiff


Dated:  May 7, 2026                                ERIC GRANT
United States Attorney


By:  *Brendon L.S. Hansen*
BRENDON L.S. HANSEN
Assistant United States Attorney

Attorneys for Defendant

STIPULATION; ORDER                                2

**ORDER EXTENDING DEADLINE TO FILE JOINT STATUS REPORT**

Based on the stipulation of the parties, and good cause appearing, the deadline for the parties to file a Joint Status Report pursuant to the Court's Initial Case Management Order, ECF No. 3, is extended until July 17, 2026.

IT IS SO ORDERED.

Dated:  May 7, 2026                                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION; ORDER                                     3