ERIC GRANT
United States Attorney
BRENDON L.S. HANSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2780
Facsimile: (916) 554-2900

Attorneys for Executive Office
for Immigration Review

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ASSEMBLYWOMAN MAGGY KRELL,

Plaintiff,

v.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

Defendant.

CASE NO. 2:26-cv-00395-DJC-JDP

**STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT; ORDER**

This matter arises under the Freedom of Information Act. The Court has ordered the parties to file a Joint Status Report by May 13, 2026. ECF No. 8. The parties stipulated and the Court extended the deadline to file a JSR until July 17, 2026 based on the negotiations of the parties. ECF Nos. 9-10. The parties jointly request that the deadline to file a JSR be extended by seven (7) days until July 24, 2026 to file a JSR because Plaintiff's counsel is out of the country and unable to presently engage in the JSR. Accordingly,

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the deadline to file a Joint Status Report be extended until July 24, 2026.

//

//

Dated: July 17, 2026

SINGLETON SCHREIBER, LLP

By: */s/ Andrew D. Bluth (auth. 7/17/2026)*
ANDREW D. BLUTH

Attorneys for Plaintiff

Dated: July 17, 2026

ERIC GRANT
United States Attorney

By: */s/ Brendon L.S. Hansen*
BRENDON L.S. HANSEN
Assistant United States Attorney

Attorneys for Defendant

**ORDER EXTENDING DEADLINE TO FILE JOINT STATUS REPORT**

Based on the stipulation of the parties, and good cause appearing, the deadline for the parties to file a Joint Status Report pursuant to the Court's Initial Case Management Order, ECF No. 3, and an extension, ECF Nos. 9-10, is extended until July 24, 2026.

IT IS SO ORDERED.

Dated: July 17, 2026

*/s/ Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE